| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. S.  06-348 GEB |
| v. | ) | |
| | ) | |
| RAUL ESTRADA-BECERRA | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum    () Ad Testificandum

Name of Detainee:  **RAUL ESTRADA-BECERRA**
Detained at (custodian):  **California Rehabilitation Center**
Detainee is:   a.)   (X) charged in this district by:  (X) Indictment  () Information  () Complaint
        charging detainee with: Being a Deported Alien Found in the United States
  or   b.)   () a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   () return to the custody of detaining facility upon termination of proceedings
  or   b.)   (X) be retained in federal custody until final disposition of federal charges, as a sentence
        is currently being served at the detaining facility

*Appearance is necessary* **FORTHWITH** *in the Eastern District of California.*

Signature:  /s/ Michael Beckwith
Printed Name & Phone No:  MICHAEL BECKWITH/916-554-2797
Attorney of Record for:  United States of America

## WRIT OF HABEAS CORPUS
(X) Ad Prosequendum          () Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date:  9/6/06

/s/ Gregory G. Hollows

estrada.ord                                   United States Magistrate Judge

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | Roberto Gomez-Farias | Male X   Female __ |
| Booking or CDC #: | V78362 | DOB: |
| Facility Address: | 5th & Western | Race: |
| | Norco, CA 91760 | FBI #: 373272R8 |
| Facility Phone: | 951-737-2683 | |
| Currently Incarcerated For: | | |

**RETURN OF SERVICE**

Executed on  _____         By:  _____
                                                 (Signature)