```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
 6  Attorney for Defendant
    RAUL ESTRADA-BECERRA
 7
 8
 9              IN THE UNITED STATES DISTRICT COURT
10              FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12  UNITED STATES OF AMERICA,    )  No. CR-S-06-348 GEB
                                 )
13              Plaintiff,       )  STIPULATION AND [PROPOSED] ORDER
                                 )  CONTINUING STATUS CONFERENCE
14       v.                      )
                                 )
15  RAUL ESTRADA-BECERRA,        )  Date:  November 3, 2006
                                 )  Time:  9:00 a.m.
16              Defendant.       )  Judge: Garland E. Burrell, Jr.
    _____)
17
```

18       It is hereby stipulated between the parties, Mary M. French,

19  attorney for the defendant RAUL ESTRADA-BECERRA, and Michael Beckwith,

20  Assistant United States Attorney, attorney for the plaintiff, that the

21  trial confirmation hearing date of October 27, 2006 be vacated and that

22  a status conference hearing date of November 3, 2006 at 9:00 a.m. be

23  set.  It is also stipulated between the parties that the jury trial

24  date of November 14, 2006 be vacated.

25       This continuance is requested because counsel for defendant is

26  waiting for the Pre-Plea Presentence Report from Probation and will

27  need additional time to review it prior to the scheduled hearing date.

28       It is further stipulated that the period from October 27, 2006,

1  through and including November 3, 2006, should be excluded pursuant to
2  18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
3  counsel and defense preparation.

                                        Respectfully submitted,

Dated: October 19, 2006

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Mary M. French
                                        _____
                                        MARY M. FRENCH
                                        Supervising Assistant
                                        Federal Defender
                                        Attorney for Defendant
                                        RAUL ESTRADA-BECERRA


Dated: October 19, 2006                 MCGREGOR W. SCOTT
                                        United States Attorney


                                        /s/ Mary M. French for
                                        _____
                                        MICHAEL BECKWITH
                                        Assistant U.S. Attorney
                                        per telephonic authorization

                                **ORDER**

**IT IS SO ORDERED.**

Dated:  October 20, 2006

                                        _____
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge