```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
RAUL ESTRADA-BECERRA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>RAUL ESTRADA-BECERRA,<br><br>              Defendant.<br>_____ | No. CR-S-06-348 GEB<br><br>STIPULATION AND [PROPOSED] ORDER<br>CONTINUING STATUS CONFERENCE<br><br>Date:  December 8, 2006<br>Time:  9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |

It is hereby stipulated between the parties, Mary M. French, attorney for the defendant RAUL ESTRADA-BECERRA, and Michael Beckwith, Assistant United States Attorney, attorney for the plaintiff, that the Status Conference hearing date of November 3, 2006 be vacated and that a Status Conference hearing date of December 8, 2006 at 9:00 a.m. be set.

This continuance is requested because of ongoing investigation as well as negotiations between the parties toward resolution of the case.

It is further stipulated that the period from November 3, 2006, through and including December 8, 2006, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of

1 | counsel and defense preparation.

2 |                                         Respectfully submitted,

3 | Dated: November 2, 2006

4 |                                         DANIEL J. BRODERICK
                                            Federal Defender

5 |                                         /s/ Mary M. French

6 |                                         _____
                                            MARY M. FRENCH
7 |                                         Supervising Assistant
                                            Federal Defender
8 |                                         Attorney for Defendant
                                            RAUL ESTRADA-BECERRA

10 | Dated: November 2, 2006                MCGREGOR W. SCOTT
11 |                                        United States Attorney

13 |                                        /s/ Mary M. French for

                                            _____
                                            MICHAEL BECKWITH
14 |                                        Assistant U.S. Attorney
                                            per telephonic authorization

16 |                          **ORDER**

17 |
**IT IS SO ORDERED**.

19 | Dated:  November 3, 2006

                                            _____
                                            GARLAND E. BURRELL, JR.
                                            United States District Judge

Stipulation & Order/Estrada-Becerra       2