1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARY M. FRENCH, Bar #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   RAUL ESTRADA-BECERRA
7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,       ) No. CR-S-06-348 GEB
                                   )
13                Plaintiff,       ) STIPULATION AND [PROPOSED] ORDER
                                   ) CONTINUING STATUS CONFERENCE
14      v.                         )
                                   )
15 RAUL ESTRADA-BECERRA,           ) Date:  January 12, 2007
                                   ) Time:  9:00 a.m.
16                Defendant.       ) Judge: Garland E. Burrell, Jr.
   _____ )
17

18      It is hereby stipulated between the parties, Mary M. French,

19 attorney for the defendant RAUL ESTRADA-BECERRA, and Michael Beckwith,

20 Assistant United States Attorney, attorney for the plaintiff, that the

21 Status Conference hearing date of January 5, 2007, be vacated and that

22 a Status Conference hearing date of January 12, 2007, at 9:00 a.m. be

23 set.

24      This continuance is requested because of ongoing investigation as

25 well as negotiations between the parties toward resolution of the case.

26      It is further stipulated that the period from January 5, 2007,

27 through and including January 12, 2007, should be excluded pursuant to

28 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of

1  counsel and defense preparation.

2                                          Respectfully submitted,

3  Dated: January 5, 2007

4                                          DANIEL J. BRODERICK
                                           Federal Defender
5
                                           /s/ Mary M. French
6                                          _____
                                           MARY M. FRENCH
7                                          Supervising Assistant
                                           Federal Defender
8                                          Attorney for Defendant
                                           RAUL ESTRADA-BECERRA
9

10
   Dated: January 5, 2007                  MCGREGOR W. SCOTT
11                                         United States Attorney

12
                                           /s/ Mary M. French for
13                                         _____
                                           MICHAEL BECKWITH
14                                         Assistant U.S. Attorney
                                           per telephonic authorization
15

16                              **ORDER**

17
   **IT IS SO ORDERED**.
18

19 Dated:  January 5, 2007

20

21                              _____
                                GARLAND E. BURRELL, JR.
22                              United States District Judge

23

24

25

26

27

28

   Stipulation & Order/Estrada-Becerra      2